7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Michael Stanley Feliciano and Doreen Bernadette Feliciano−ABOVE MED− *Debtor* | *Bankruptcy Case No.* 14−43794−abf13 |
| **David C. Byrne** **All Your Respiratory Needs, Inc.**    Plaintiff(s) | *Adversary Case No.* 15−04009−abf |
| v. | |
| **Michael Stanley Feliciano** **Doreen Bernadette Feliciano**    Defendant(s) | |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the Creditor and Debtor will comply with the agreement as set out in the Agreed Order.

IT IS FURTHER ORDERED that the Creditors will dismiss the State Action as to all defendants.

IT IS FURTHER ORDERED that Creditors Claims identified as Court Claim 3 and 4 in the total amount of $159,133.63 shall be non−dischargeable with respect to Michael Stanley Feliciano solely, and that post−petition interest shall continue to accrue on the unpaid principle amount of each claim at the rate of 5.090% simple interest per annum on claim 3, which is based on the judgment in favor of David C. Byrne, and 9.00% simple interest per annum on claim 4, which is based on the judgment awarded in favor of All Your Respiratory Needs, Inc.

Ann Thompson
Court Executive

By: /s/ Beth Graham
    Deputy Clerk



Date of issuance: 4/2/15

Court to serve